# NO. 12-24-00071-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *WILLIAM MICHAEL TALLEY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

William Michael Talley, acting pro se, filed this original proceeding to challenge Respondent's failure to rule on his motions for discovery control plan, change of venue, and recusal.[1]  Relator filed a notice of withdrawal, in which he asks this Court to take no further action in this proceeding.  We construe this notice as a motion to dismiss.  Accordingly, we ***grant*** the motion and ***dismiss*** the petition for writ of mandamus.  *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Jerald (Dean) Fowler, II, Judge of the 115th District Court in Upshur County, Texas. Kenneth Ray Woolf, Michael Blake Talley, and Tracy Elizabeth Talley are the Real Parties in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-24-00071-CV**

**WILLIAM MICHAEL TALLEY,**
Relator
V.

**HON. JERALD (DEAN) FOWLER II,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the motion to dismiss the petition for writ of mandamus filed by William Michael Talley; who is the relator in appellate cause number 12-24-00071-CV and a party to trial court cause number 506-23, pending on the docket of the 115th Judicial District Court of Upshur County, Texas. Said petition for writ of mandamus having been filed herein on April 1, 2024, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said motion to dismiss the petition for writ of mandamus be, and the same is, hereby **granted** and this proceeding is **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*